FILED
2018 Oct-12 PM 12:15
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ALABAMA

NORTHEASTERN DIVISION

FILED
2018 OCT 11 P 2:42
U.S. DISTRICT COURT
N.D. OF ALABAMA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| XI QING YUN, *a/k/a* | ) |
| Carolyn Xi | ) |

## INFORMATION

**COUNT ONE:** [18 U.S.C. § 1001(a)(2)]

The United States Attorney charges that:

On or about May 15, 2017, in Madison County, within the Northern District of Alabama, the defendant,

**XI QING YUN,**
*a/k/a Carolyn Xi,*

did willfully and knowingly make a materially false, fictitious, and fraudulent statement and representation in a matter within the jurisdiction of the executive branch of the United States government, by falsely representing on form SF-86 that the defendant did not have close and continuing contact with a foreign national within the last seven (7) years with whom she was bound by affection, influence, common interests and obligation. The statement and representation was false, as

defendant XI QING YUN then and there knew, because she maintained a close and continuing relationship with a Chinese national.

All in violation of Title 18, United States Code, Section 1001(a)(2).

JAY E. TOWN
United States Attorney

DAVIS A. BARLOW
Assistant United States Attorney

SCOTT A. CLAFFEE
Trial Attorney
National Security Division