UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ALABAMA

NORTHEASTERN DIVISION

FILED
2018 OCT 11 P 2:42
U.S. DISTRICT COURT
N.D. OF ALABAMA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| XI QING YUN, *a/k/a* | ) |
| Carolyn Xi | ) |

## NOTICE OF INTENT TO USE FOREIGN INTELLIGENCE SURVEILLANCE ACT INFORMATION

The United States through its attorneys, Jay E. Town, United States Attorney, Davis Barlow, Assistant United States Attorney, and Scott Claffee, Trial Attorney, National Security Division, hereby provides notice to the defendant XI QING YUN, and to the Court, that pursuant to Title 50, United States Code, Sections 1806(c) and 1825(d), the United States intends to offer into evidence, or otherwise use or disclose in any proceedings in the above-captioned matter, information obtained or derived from electronic surveillance and physical search conducted pursuant to the Foreign Intelligence Surveillance Act of 1978 (FISA) as amended, 50 U.S.C. §§ 1801-1812 and 1821-1829.

Respectfully submitted this 11th day of October, 2018.

JAY E. TOWN
United States Attorney


*/s/ Davis A. Barlow*
DAVIS BARLOW
Assistant United States Attorney

SCOTT A. CLAFFEE
Trial Attorney
National Security Division

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been electronically filed with the Clerk of Court, Northern District of Alabama, on this 11th day of October 2018, using the CM/ECF filing system which will send notification of said filing to all counsel of record.

*/s/ Davis A. Barlow*
DAVIS A. BARLOW
Assistant United States Attorney